808

No. 93–1670. ANDERSON v. ELECTRONIC DATA SYSTEMS CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1672. PAHDOPONY v. DEPARTMENT OF THE INTERIOR. C. A. 10th Cir. Certiorari denied.

No. 93–1678. WARDA v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 93–1679. BRITENBACH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1684. HIRANO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1686. NELLIS ET AL. v. AIR LINE PILOTS ASSOCIATION INTERNATIONAL. C. A. 4th Cir. Certiorari denied.

No. 93–1690. SCOTT v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 93–1696. SMITH v. RUNYON, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 93–1700. SNOW ET AL. v. HARNISCHFEGER CORP. C. A. 1st Cir. Certiorari denied.

No. 93–1703. MAINLANDS SECTION 1 AND 2 CIVIC ASSN., INC. v. MASSARO ET UX., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF MASSARO, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1711. ROUSH v. KFC NATIONAL MANAGEMENT CO. C. A. 6th Cir. Certiorari denied.

No. 93–1729. NYHUIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1734. STEPHENS v. MILLER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1735. SMITH ET UX. v. JEFFERSON PILOT LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.